IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GEORGE W. STEWART, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | FILE NO. 2:11-CV-00099-WCO |
| UNION GENERAL HOSPITAL, : | |
| INC., : | |
| : | |
| Defendant. : | |

## **STIPULATION OF DISMISSAL**

COME NOW, the parties to this action, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the court as follows:

The parties have reached a settlement of the above-referenced matter. Now that the case has been resolved, the parties hereby stipulate that this action shall be DISMISSED WITH PREJUDICE.

This the 4th day of February, 2013.

Stipulated and agreed to by:

                                              HUFF, POWELL & BAILEY, LLC

                                              /s/ DANIEL J. HUFF
                                              DANIEL J. HUFF
                                              Ga. Bar No. 374860
                                              TAYLOR TRIBBLE
                                              Ga. Bar No. 904116

                                              *Counsel for Defendant*

999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
(404) 892-4022 (Phone)

                                              THE MABREY FIRM, P.C.

                                              /s/ JOHN G. MABREY
                                              JOHN G. MABREY
                                              Georgia State Bar No. 462780

                                              *Counsel for Plaintiff*

5447 Roswell Road, NE
Atlanta, Georgia 30342
(404) 841-4991 (Phone)